IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PAUL SYBRANDY,                    :        No. 3:26cv639
                                  :
               Plaintiff          :        (Judge Munley)
                                  :
        v.                        :
                                  :
JENNIFER POLEMITIS,               :
                                  :
               Defendant          :
......................................................................................................................

ORDER

**AND NOW**, to wit, this 16 day of March 2026, upon preliminary review of

plaintiff's complaint (Doc. 1), and for the reasons set forth in the accompanying

memorandum, it is hereby **ORDERED** that:

1.      The complaint is **DEEMED** filed.  (Doc. 1).

2.      The complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. §
        1915A(b)(1).

3.      The Clerk of Court is directed to **CLOSE** this case.

4.      Any appeal from this order is **DEEMED** frivolous and not taken in
        good faith.  See 28 U.S.C. 1915(a)(3).

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court